FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC**,
Appellant

v.

**MADERA MILLWORK, LTD**, BOA Studio, LLC and Jason Holloway,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Judge Presiding

# O R D E R

Appellees' brief was originally due on February 24, 2021. Appellees have been granted one previous extension, until March 26, 2021. On March 26, 2021, appellees filed a second motion requesting a thirty-day extension of time in which to file their brief. The motion is unopposed.

The motion is GRANTED and appellees' brief is due **no later than April 26, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court